JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT DAVID CABADA,

    Petitioner,

v.

KATHLEEN ALLISON,

    Respondent.

Case No. EDCV 22-1061-MWF (JEM)

**J U D G M E N T**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 18, 2023

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE